IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN PLUMMER and
DEZIRIE PLUMMER                                                    PLAINTIFFS

v.                              No. 2:12-cv-192-DPM

TEREX CORPORATION; TEREX USA, LLC;
TEREX UTILITIES, INC.; TEREX SOUTH
DAKOTA, INC., f/k/a TEREX-TELECT; MRT
MANUFACTURING, INC. d/b/a and t/a
FORESTRY EQUIPMENT OF VIRGINIA;
FORMERLY FORESTRY, INC.; GODBERSON-
SMITH CONSTRUCTION COMPANY, d/b/a
GOMACO CORPORATION; and JOHN DOES 1–10        DEFENDANTS

ORDER

Godberson-Smith Construction Company moves for summary judgment because it is in the lawsuit only as the owner of a component-part manufacturer. *Document No. 32.* The papers reveal a miscommunication about the manufacturer's name; the parties assumed it was "Bobalee Hydraulics, Inc.," when the correct entity was "Bobalee, Inc." *Document No. 32, at 1.* The Plummers do not oppose dismissing the manufacturer's corporate owner. *Document No. 29, at 2–3.* The motion for summary

judgment, *Document No. 32*, is therefore granted.  All claims against Godberson-Smith Construction Company are dismissed with prejudice. The Court applauds the parties' concise and collegial briefs.

    So Ordered.

 

_____
D.P. Marshall Jr.
United States District Judge

_14 February 2013_