IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JOHN PLUMMER and<br>DEZIRIE PLUMMER | PLAINTIFFS |
| v. No. 2:12-cv-192-DPM | |
| TEREX SOUTH DAKOTA, INC.,<br>f/k/a TEREX-TELECT and<br>FORMERLY FORESTRY, INC. | DEFENDANTS |
| FORMERLY FORESTRY, INC. | CROSS-CLAIMANT |
| v. | |
| TEREX CORPORATION;<br>TEREX USA, LLC; TEREX<br>UTILITIES, INC.; TEREX SOUTH<br>DAKOTA, INC. f/k/a TEREX-TELECT | CROSS-DEFENDANTS |

ORDER

The Plummers' motion for a partial voluntary dismissal, № 69, is granted. The Plummers' claims against Formerly Forestry, Inc. are dismissed with prejudice. FED. R. CIV. P. 41(a)(2). Formerly Forestry's cross claim against the Terex entities remains pending.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 April 2014