IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN PLUMMER and
DEZIRIE PLUMMER                                              PLAINTIFFS

v.                        No. 2:12-cv-192-DPM

TEREX SOUTH DAKOTA, INC.,
f/k/a TEREX-TELECT                                           DEFENDANT

FORMERLY FORESTRY, INC.                                 CROSS-CLAIMANT

v.

TEREX CORPORATION;
TEREX USA, LLC; TEREX
UTILITIES, INC.; TEREX SOUTH
DAKOTA, INC. f/k/a TEREX-TELECT                     CROSS-DEFENDANTS

ORDER

For the reasons stated on the record at the end of today's telephone conference, the Plummers' recent 30(b)(6) notice and amended notice of deposition are quashed without prejudice. Terex should provide a responsive affidavit that goes the extra mile as soon as practicable. If the parties remain in disagreement thereafter, the Court will consider a focused, clean-up 30(b)(6) deposition at some mutually convenient date in May, notwithstanding the close of discovery at the end of April.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

25 April 2014