IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN PLUMMER and
DEZIRIE PLUMMER                                           PLAINTIFFS

v.                        No. 2:12-cv-192-DPM

TEREX SOUTH DAKOTA, INC.,
f/k/a TEREX-TELECT                                         DEFENDANT

FORMERLY FORESTRY, INC.                              CROSS-CLAIMANT

v.

TEREX CORPORATION;
TEREX USA, LLC;  TEREX
UTILITIES, INC.; TEREX SOUTH
DAKOTA, INC. f/k/a TEREX-TELECT            CROSS-DEFENDANTS

ORDER

For the reasons stated on the record at the 21 May 2014 hearing, the Court makes the following order:

- The Plummers' motion, № 67, is denied without prejudice to limiting instructions being given at trial as need be.

- The Plummers' motion, № 80, is granted in part and denied without prejudice in part. Olson is qualified as an expert, but the Plummers may raise the asserted changes in his opinions by separate motion.

- The Plummers' motion, № 82, is granted in part and denied in part. Moore is qualified as an expert in engineering, but cannot offer testimony on the warnings issues.

- The Plummers' motion, № 126, is mostly granted, except as to Geasland's testimony. The Court held consideration of the apportionment issue in abeyance.

- Terex's motion, № 84, as supplemented by № 103, is denied.

- Terex's motion, № 94, is denied without prejudice to the Court's reconsideration of the issue.

- The Plummers' motion for partial summary judgment on the issue of foreseeable misuse, № 87, is denied.

- Terex's motion for summary judgment, № 86, as supplemented by № 105 & 111, is granted as to the strict liability claim, and denied as to the negligence, warnings, and warranty claims.

- The Plummers' motion to strike Terex's cross-claim, № 90, remains under advisement.

The Court also took the following actions:

- The Court granted the Plummers' oral motion to amend their complaint to include a notice allegation for their breach-of-warranty claims.

- The Court requested simultaneous briefs, no more than ten pages in length, on the pending cross-claim issues. Briefs due 30 May 2014.

- The Court rescheduled trial to begin Wednesday, 16 July 2014. Counsel should be ready by 8:30 a.m. We should have the *venire* by 9:30 a.m.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 May 2014

-2-