IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JOHN PLUMMER and DEZIRIE PLUMMER | PLAINTIFFS |
| v.   No. 2:12-cv-192-DPM | |
| TEREX SOUTH DAKOTA, INC., f/k/a TEREX-TELECT | DEFENDANT |
| FORMERLY FORESTRY, INC. | CROSS-CLAIMANT |
| v. | |
| TEREX CORPORATION; TEREX USA, LLC;  TEREX UTILITIES, INC.; and TEREX SOUTH DAKOTA, INC. f/k/a TEREX-TELECT | CROSS-DEFENDANTS |

ORDER

1. Formerly Forestry's motion for voluntary dismissal, № 202, is granted. Formerly Forestry's cross-claim for indemnity against all Terex entities is dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

2. Terex's motion to withdraw, № 203, is granted. Its motion for leave to file a third-party complaint against Bobalee, Inc., № 154, is withdrawn.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014