IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN PLUMMER and
DEZIRIE PLUMMER                                                              PLAINTIFFS

v.                              No. 2:12-cv-192-DPM

TEREX CORPORATION; TEREX USA,
LLC; TEREX UTILITIES, INC.; TEREX
SOUTH DAKOTA, INC., f/k/a
TEREX-TELECT; MRT MANUFACTURING
INC. d/b/a Forestry Equipment of Virginia;
FORMERLY FORESTRY, INC.;
GODBERSEN-SMITH CONSTRUCTION
COMPANY; and JOHN DOES 1–10                                                  DEFENDANTS

FORMERLY FORESTRY, INC.                                                      CROSS-CLAIMANT

v.

TEREX CORPORATION;
TEREX USA, LLC; TEREX
UTILITIES, INC.; and TEREX SOUTH
DAKOTA, INC. f/k/a TEREX-TELECT                                              CROSS-DEFENDANTS

JUDGMENT

All claims against MRT Manufacturing, Inc., Terex Corporation, Terex

USA, LLC, Terex Utilities, Inc., and the Doe Defendants are dismissed without

prejudice. All claims against Godbersen-Smith Construction Company, Formerly Forestry, and Terex South Dakota, Inc. are dismissed with prejudice. Formerly Forestry's cross-claim against all Terex entities is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 July 2014